**Alvin WARREN and Alfred Warren, Appellants,**

v.

**HALSTEAD INDUSTRIES, INC., Appellee,**

**and**

**Chauffeurs, etc., et al., Defendants.**

No. 85–1575.

United States Court of Appeals,
Fourth Circuit.

March 23, 1987.

## ORDER

Prior report: 4th Cir., 802 F.2d 746.

The appellee's petition for rehearing and suggestion for rehearing in banc were submitted to this Court. In a requested poll of the Court a majority of the judges voted to grant rehearing in banc.

IT IS ORDERED that rehearing in banc is granted.

IT IS FURTHER ORDERED that this case shall be calendared for argument at the June session of Court.

Entered at the direction of Chief Judge Winter.